LAW OFFICES OF TODD M. FRIEDMAN, P.C.
Todd M. Friedman, Esq. (SBN: 216752)
tfriedman@attorneysforconsumers.com
324 S. Beverly Dr., #725
Beverly Hills, CA 90212
Telephone: (877) 206-4741
Facsimile: (866) 633-0228
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LISA GONZALEZ,** | Case No. 5:14-cv-02224-BRO-DTB |
| Plaintiff(s) | **NOTICE OF SETTLEMENT** |
| vs. | |
| **WILSHIRE CONSUMER CREDIT,** | |
| Defendant. | |

NOW COMES THE PLAINTIFF by and through her attorney to respectfully notify this Honorable Court that this case has settled. Plaintiff requests that this Honorable Court vacate all pending hearing dates and allow sixty (60) days with which to file dispositive documentation. A Voluntary Notice of Dismissal will be forthcoming. This Court shall retain jurisdiction over this matter until fully resolved.

Respectfully submitted this 23rd day of December, 2014.

By: s/Todd M. Friedman
    TODD M. FRIEDMAN
    Law Offices of Todd M. Friedman, P.C.
    Attorney for Plaintiff

Notice of Settlement - 1

1  Filed electronically on this 22nd day of January, 2015, with:

2
3  United States District Court CM/ECF system

4  Notification sent electronically via the Court's ECF system to:

5
   Honorable Judge Beverly Reid O'Connell
6  United States District Court
7  Central District of California

8  And sent via mail to:

9
   Wilshire Consumer Credit
10 4751 Wilshire Blvd., #100A
11 Los Angeles, CA 90010

12
   This 22nd day of January, 2015.
13

14 s/Todd M. Friedman
   Todd M. Friedman
15

Notice of Settlement - 2