**Law Offices of Todd M. Friedman, P.C.**
**Todd M. Friedman (216752)**
**324 S. Beverly Dr., #725**
**Beverly Hills, CA 90212**
**Phone: 877-206-4741**
**Fax: 866-633-0228**
**tfriedman@attorneysforconsumers.com**

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LISA GONZALEZ,** | ) Case No. 5:14-cv-02224-BRO-DTB |
| Plaintiff(s) | ) |
| | ) **NOTICE OF VOLUNTARY** |
| vs. | ) **DISMISSAL WITH PREJUDICE** |
| | ) |
| **WILSHIRE CONSUMER CREDIT,** | ) |
| | ) |
| Defendant. | ) |
| | ) |
| _____ | ) |

**NOTICE IS HEREBY GIVEN** that Plaintiff, pursuant to Federal Rule of

Civil Procedure 41(a)(1), hereby voluntarily dismisses the entire case with

prejudice. Defendant has neither answered Plaintiff's Complaint, nor filed a

motion for summary judgment. Accordingly, this matter may be dismissed with

prejudice and without an Order of the Court.

RESPECTFULLY SUBMITTED this 23rd day of February, 2015.

By:   s/Todd M. Friedman
      Todd M. Friedman, Esq.
      Law Offices of Todd M. Friedman, P.C.
      Attorney for Plaintiff

Filed electronically on this 23rd day of February, 2015, with:

**<u>United States District Court CM/ECF system</u>**

And hereby served upon all parties

Notification sent on this 23rd day of February, 2015, via the ECF system to:

Honorable Beverly Reid O'Connell
United States District Court
Central District of California

And served via mail to:

Frank Kim
Westlake Financial Services
4751 Wilshire Blvd.
Los Angeles, CA 90010

This 23rd day of February, 2015.
By: <u>s/Todd M. Friedman</u>
        Todd M. Friedman